IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ESPINO,<br><br>      Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE CO., et al.,<br><br>      Defendants. | No. 2:06-CV-1523-RRB-KJM PS<br><br>**ORDER** |

       Plaintiff Carlos Espino ("Plaintiff"), proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On November 29, 2006, Magistrate Judge Kimberly J. Mueller filed Findings and Recommendations (Docket 24) herein, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within ten days. Plaintiff has filed Objections to the Magistrate's Findings and Recommendations at Docket 25.

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS - 1
2:06-cv-1523-RRB-KJM PS

Inasmuch as the Court concludes the issues before it are based in law, i.e., legal disputes, and in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has conducted a <u>de novo</u> review of the relevant pleadings filed in this matter. Having carefully and thoroughly reviewed the same, the court finds the Magistrate's Findings and Recommendations (Docket 24) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations (Docket 24) filed on November 29, 2006, are adopted in full;

2. Defendants' Motion to Dismiss at **Docket 9** is **GRANTED**; and

3. This action is dismissed with prejudice.

ENTERED this 21st day of June, 2007.

```
                    S/RALPH R. BEISTLINE
                    UNITED STATES DISTRICT JUDGE
```

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS - 2
2:06-cv-1523-RRB-KJM PS